**Dismissed and Memorandum Opinion filed January 14, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00740-CV

---

### ASHLEY MARTINS AND ALL OTHER OCCUPANTS, Appellant

### V.

### FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE, Appellee

---

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1034183**

---

### M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 12, 2013. The clerk's record was filed September 27, 2013. No reporter's record or brief was filed.

On October 31, 2013, this court issued an order stating that unless appellant submitted a brief on or before December 2, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response. Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices McCally, Busby, and Donovan.